IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:22-cv-81078
_____

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,

     Plaintiff,

v.

PATRICK LETOURNEAU and DOUGLAS
ELLIMAN FLORIDA, LLC,

     Defendants.

_____

## COMPLAINT

Plaintiff Affordable Aerial Photography, Inc. ("Plaintiff") sues defendants Patrick Letourneau ("Letourneau") and Douglas Elliman Florida, LLC ("Douglas Elliman") (collectively, the "Defendants"), and alleges as follows:

## THE PARTIES

1.      Plaintiff is a corporation organized and existing under the laws of the State of Florida with its principal place of business located in Indian River County, Florida.

2.      Letourneau is an individual who is a citizen of the State of Florida residing at 801 S. Olive Avenue, Unit 828, West Palm Beach, FL 33401.

3.      Douglas Elliman is a corporation organized and existing under the laws of the State of Florida with its principal place of business located at 1111 Lincoln Road, Miami Beach, FL 33139. Douglas Elliman's agent for service of process is: CT Corporation System, 1200 South Pine Island Road, Plantation, FL 33324.

## JURISDICTION AND VENUE

4.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§

1331 and 1338(a).

5.      This Court has personal jurisdiction over Defendants because they maintained sufficient minimum contacts with Florida such that the exercise of personal jurisdiction over them would not offend traditional notions of fair play and substantial justice.  Further, since at least 2011, Douglas Elliman has operated a real estate business in this State and been licensed to do business in this State. Further, Letourneau is a licensed realtor in this State and, upon information and belief, owns real property in this State.

6.      Venue properly lies in this district pursuant to 28 U.S.C. § 1400(a) because Defendants or their agents reside or may be found in this district.  "A defendant 'may be found' in a district in which he could be served with process; that is, in a district which may assert personal jurisdiction over the defendant." Palmer v. Braun, 376 F.3d 1254, 1259-60 (11th Cir. 2004).  "In other words, 'if a court has personal jurisdiction over the defendants in a copyright infringement action, venue in that court's district is proper.'" McGregor v. In Tune Music Grp., No. 15-62044-CIV-ZLOCH, 2016 U.S. Dist. LEXIS 190302, at *11 (S.D. Fla. July 29, 2016) (quoting Store Decor Div. of Jas Int'l, Inc. v. Stylex Worldwide Indus., Ltd., 767 F. Supp. 181, 185 (N.D. Ill. 1991).

## FACTS

### I.      Plaintiff's Business and History

7.      Plaintiff was created as a Florida corporation in June 2005. Plaintiff's sole shareholder is Robert Stevens.

8.      For the past sixteen (16) years, Mr. Stevens has been employed by Plaintiff as a high-end real estate photographer who specializes in aerial photography, stunning exterior and interior shots, as well as offering slide shows, virtual tours, and a full array of stock photography

for luxury real estate industries.

9.      Mr. Stevens is a pioneer of aerial real estate photography and has been engaging in creative and artistic means to capture such photographs long before today's proliferation of consumer drone technology came to market.

10.     Mr. Stevens travels throughout the State of Florida, nationally, and internationally to photograph high-end real estate on behalf of Plaintiff's clients.  He has been contracted by over 280 clients to take professional photographs of various real estate projects, including but not limited to the estates of numerous celebrities (such as Madonna, Don King, Greg Norman, Rod Stewart, Ivana Trump, James Patterson, Alexander Haig, Ann Downey, Frank McKinney, Chris Evert, and others).

11.     Plaintiff maintains a commercial website (www.robertstevens.com) which describes the photography services offered by Plaintiff, hosts a sample portfolio of photographs taken by Mr. Stevens, and invites prospective customers to contact Plaintiff to arrange for a professional photo shoot.

12.     Plaintiff owns the photographs taken by Mr. Stevens and serves as the licensing agent with respect to licensing such photographs for limited use by Plaintiff's customers.  To that end, Plaintiff's standard terms include a limited, one-time license for use of any particular photograph by the customer only.  Plaintiff's license terms make clear that all copyright ownership remains with Plaintiff and that its customers are not permitted to transfer, assign, or sub-license any of Plaintiff's photographs to another person/entity.

13.     Generally, at the time Plaintiff creates its professional photography, it applies copyright management information to such photography consisting of "© AAP [year] all rights reserved" to the bottom left corner thereof.  Plaintiff does this for added protection/assurance to

keep unauthorized persons from utilizing/displaying Plaintiff's work.

## II.     The Work at Issue in this Lawsuit

14.     In 2013, Plaintiff created a photograph titled "Esplande Grande pool AAP 2013, Feb. 8, 2013" (the "Work"). Consistent with Plaintiff's general practices, the Work contains (in the bottom left corner) Plaintiff's copyright management information as follows: "© AAP 02-08,2013."  A copy of the Work is exhibited below:



15.     The Work was registered by Plaintiff with the Register of Copyrights on July 16, 2015 and was assigned Registration No. VA 1-967-718. A true and correct copy of the Certification of Registration pertaining to the Work is attached hereto as **Exhibit "A."**

16.     Plaintiff is the owner of the Work and has remained the owner at all times material hereto.

## III.    Defendants' Unlawful Activities

17.     Letourneau is a real estate agent primiarly servicing Palm Beach County, Florida.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

18.     Douglas Elliman is a subsidiary of Douglas Elliman Inc. and/or Douglas Elliman Realty, LLC, the sixth largest residential real estate brokerage in the United States.  The Douglas Elliman family of companies do business across the country and maintain a substantial presence in New York, Florida, California, Connecticut, Colorado, Massachusetts, Texas, Nevada, and New Jersey.

19.     Letourneau is either an employee of Douglas Elliman or serves as an independent contractor that is associated with Douglas Elliman.

20.     As of the date of this Complaint, Letourneau is identified on Douglas Elliman's website as a "Realtor Associate" (see https://www.elliman.com/florida/associate/510-a-df20092815175266031/patrick-letourneau).

21.     Douglas Elliman, the broker for Letourneau, appears as listing broker on the real estate listing where Letourneau committed the violations of Plaintiff's exclusive rights under the Copyright Act.

22.     Douglas Elliman is liable for the infringement by Letourneau because a Florida real estate broker is liable for the torts of its agents, even if those agents are treated as "independent contractors."

23.     A person licensed as a real estate sales associate may not operate as a sales associate without a broker that is registered as her or his employer.  Fla. Stat. § 475.42(1)(B).  Moreover, the terms "employ," "employment," "employer," and "employee" when used to describe the relationship between a broker like Douglas Elliman and Letourneau, include an independent contractor relationship when such relationship is intended by and established between a broker (Douglas Elliman) and a sales associate (Letourneau), and furthermore the existence of an independent contractor relationship shall not relieve the broker (Douglas Elliman) of its duties,

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

obligations, or responsibilities, which include being responsible for the offences of Letourneau. See Fla. Stat. § 475.01(2).

24.     As a result, even if Douglas Elliman designates its agents as "independent contractors," Letourneau is an "employee" under the Florida Real Estate Code and the common law of principal/agent in Florida, Douglas Elliman is vicariously liable for its agents' acts committed in connection with and in furtherance of Douglas Elliman's real estate brokerage business.

25.     On or about March 11, 2022 (after Plaintiff's registration of the Work with the Copyright Office), Defendants listed for sale the real property located at 201 S. Narcissus Avenue, Unit 403, West Palm Beach., FL 33401 (the "Property").

26.     In doing so, Defendants created and published a Multiple Listing *(MLS#: RX-10784036)* to market and sell the subject Property (the "MLS Listing").

27.     Relevant hereto, the MLS Listing includes therein a copy of the Work amongst the various photographs selected by Defendants to market the Property, and all such photographs (including the copy of the Work) were then published and viewable across multiple websites (including www.realtor.com):



COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228



28.     A true and correct copy of screenshots of the MLS Listing and the third-party websites, displaying the copyrighted Work, is attached hereto as **Exhibit "B."**

29.     Defendants are not and have never been licensed to use or display the Work. Defendants never contacted Plaintiff to seek permission to use the Work in connection with the aforementioned MLS Listing– even though the Work that was copied clearly displays Plaintiff's copyright management information and put Defendants on notice that the Work was not intended for public use.

30.     Defendants utilized the Work for commercial use – namely, in connection with their attempt to sell the Property.

31.     Through its ongoing diligent efforts to identify unauthorized use of its photographs, Plaintiff discovered Defendants' unauthorized use/display of the Work in June 2022. Following Plaintiff's discovery, Plaintiff notified Defendants in writing of such unauthorized use.  To date, however, Plaintiff has been unable to negotiate a reasonable license for the past infringement of

its Work.

32.     All conditions precedent to this action have been performed or have been waived.

<div align="center">

**COUNT I – COPYRIGHT INFRINGEMENT**
**(All Defendants)**

</div>

33.     Plaintiff re-alleges and incorporates paragraphs 1 through 32 as set forth above.

34.     The Work is an original work of authorship, embodying copyrightable subject matter, that is subject to the full protection of the United States copyright laws (17 U.S.C. § 101 *et seq.*).

35.     Plaintiff owns a valid copyright in the Work, having registered the Work with the Register of Copyrights and owning sufficient rights, title, and interest to such copyright to afford Plaintiff standing to bring this lawsuit and assert the claim(s) herein.

36.     As a result of Plaintiff's reproduction, distribution, public display, and/or prior licensing of the Work, Defendants had access to the Work prior to their own reproduction, distribution, and public display of the Work on the MLS Listing for the Property.

37.     Defendants reproduced, distributed, and publicly displayed the Work without authorization from Plaintiff.

38.     By their actions, Defendants infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. § 501, by reproducing, distributing, and publicly displaying the Work for their own commercial purposes.

39.     Alternatively, to the extent Douglas Elliman did not directly infringe Plaintiff's rights in the Work, Douglas Elliman is liable for vicarious infringement.

40.     As Letourneau's employer and the broker responsible for the subject MLS Listing, Douglas Elliman has the right and ability to control the infringing acts of Letourneau yet declined or failed to stop Letourneau from engaging in his infringing activity.  Indeed, Letourneau could

<div align="center">

8

</div>

not have published the subject MLS Listing without the approval and consent of his supervising broker (Douglas Elliman).

41.     Defendants' infringement was willful as they acted with actual knowledge or reckless disregard for whether its conduct infringed upon Plaintiff's copyright.  As a licensed real estate broker and a real estate brokerage, Defendants clearly understand that high-end photography – especially that containing copyright management information such as the Work – is generally paid for and cannot simply be copied from the internet. Further, Douglas Elliman's willfulness is likewise established by the fact that Plaintiff previously sued Douglas Elliman for copyright infringement in 2020.  See Affordable Aerial Photography, Inc. v. Douglas Elliman Florida, LLC et al., Case No.: 9:20-cv-81985 (S.D. Fla.).  Notwithstanding that lawsuit, Douglas Elliman has failed to put in place policies or protocols to stop infringement (such as the one at issue in this lawsuit) from taking place.

42.     Plaintiff has been damaged as a direct and proximate result of Defendants' infringement.

43.      Plaintiff is entitled to recover its actual damages resulting from Defendants' unauthorized use of the Work and, at Plaintiff's election (pursuant to 17 U.S.C. § 504(b), Plaintiff is entitled to recover damages based on a disgorgement of Defendants' profits from infringement of the Work, which amounts shall be proven at trial.

44.     Alternatively, and at Plaintiff's election, Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c), in such amount as deemed proper by the Court.

45.     Pursuant to 17 U.S.C. § 505, Plaintiff is further entitled to recover its costs and attorneys' fees as a result of Defendants' conduct.

46.     Defendants' conduct has caused and any continued infringing conduct will continue

to cause irreparable injury to Plaintiff unless enjoined by the Court.  Plaintiff has no adequate remedy at law.  Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to a permanent injunction prohibiting infringement of Plaintiff's exclusive rights under copyright law.

**WHEREFORE**, Plaintiff demands judgment against Defendants as follows:

a.  A declaration that Defendants have infringed Plaintiff's copyrights in the Work;

b.  A declaration that such infringement is willful;

c.  An award of actual damages and disgorgement of profits as the Court deems proper or, at Plaintiff's election, an award of statutory damages for willful infringement up to $150,000.00 for each infringement of the Work;

d.  Awarding Plaintiff its costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

e.  Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

f.  Permanently enjoining Defendants, their employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Defendants, from directly or indirectly infringing Plaintiff's copyrights or continuing to display, transfer, advertise, reproduce, or otherwise market any works derived or copied from the Work or to participate or assist in any such activity; and

g.  For such other relief as the Court deems just and proper.

### Demand For Jury Trial

Plaintiff demands a trial by jury on all issued so triable.

Dated: July 24, 2022.


COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

dan@copycatlegal.com
james@copycatlegal.com
lauren@copycatlegal.com

By: /s/ Daniel DeSouza, Esq._____
    Daniel DeSouza, Esq.
    Florida Bar No.:  19291
    James D'Loughy, Esq.
    Florida Bar No.: 0052700
    Lauren Hausman, Esq.
    Florida Bar No.:  1035947

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

Exhibit "A"

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

# VA 1-967-718

**Effective Date of Registration:**
July 16, 2015

## Title _____

**Title of Work:** Group Registration Photos, Selected 2013 Photographs Including Tillinghast, Xanadu, Evergrene, Sailfish Point, Uno Lago and Others, published Jan. 12, 2013 to Dec. 28, 2013; 79 photos

**Content Title:** 12215 Tillinghast Cir night pool B 2013 AAP, Jan. 12, 2013; 12215 Tillinghast Cir night pool A 2013 AAP, Jan. 12, 2013; 12215 Tillinghast Cir aerial 2013 AAP, Jan. 12, 2013; Sailfish Point security gate 2013 AAP, Jan. 12, 2013; Wind Surfing with Birds 2013 AAP, Jan. 19, 2013; Hungry Seagull AAP 2013, Jan. 19, 2013; Wellington Aero Club runway 2013 AAP, Jan. 28, 2013; Xanadu by the Sea sign 2013 AAP, Feb. 3, 2013; Esplande Grande pool AAP 2013, Feb. 8, 2013; Ibis Fountain 2013 AAP, Feb. 23, 2013; Sailfish Point golf a 2013 AAP, Feb. 28, 2013; Evergrene Sign PB Gardens 2013 AAP, Mar. 13, 2013; 799 Sanctuary Way aerial 2013 AAP, Mar. 15, 2013; Evergrene aerial b 2013 AAP, Mar. 16, 2013; Evergrene aerial c 2013 AAP, Mar. 16, 2013; Evergrene aerial a 2013 AAP, Mar. 16, 2013; Evergrene aerial e 2013 AAP, Mar. 30, 2013; Evergrene aerial d 2013 AAP, Mar. 30, 2013; 2930 Hurlingham Dr aerial b 2013 AAP, Apr. 6, 2013; 2930 Hurlingham Dr aerial a 2013 AAP, Apr. 6, 2013; 477 South Beach Rd pool 2013 AAP, Apr. 9, 2013; 477 South Beach Rd night front 2013 AAP, Apr. 9, 2013; Philips Point night 2013 AAP, Apr. 22, 2013; Lake Worth Pier aerial 2013 AAP, May 3, 2013; Cultural Council of PB Co 2013 AAP, May 5, 2013; Sailfish Point aerial 50 2013 AAP, May 6; Sailfish Point golf e 2013 AAP, May 6; Jupiter Island Golf a 2013 AAP, May 6; 126 El Bravo Way aerial 2013 AAP, May 9, 2013; 640 S Ocean Blvd aerial 2013 AAP, May 9, 2013; Trianon Building aerial F 2013 AAP, May 11, 2013; Palm Beach House A 2013 AAP, May 13, 2013; Worth Ave Clock A 2013 AAP, May 16, 2013; 353 Old Jupiter Beach Rd night front 2013 AAP, Jun.3 ,2013; South Palm Beach aerial A 2013 AAP, Jun. 15, 2013; Sailfish Point golf c 2013 AAP, Jun. 22, 2013; Sailfish Point golf f 2013 AAP, Jun 22, 2013;

Sailfish Point golf b 2013 AAP, Jun. 22, 2013; Sailfish Point golf b 2013 AAP, Jun. 28, 2013; Uno Lago Pool 1 AAP 2013, Jul. 16, 2013; Uno Lago Kitchen AAP 2013, Jul. 16, 2013; Uno Lago Gym AAP 2013, Jul. 16, 2013; Uno Lago Game Room AAP 2013, Jul. 16, 2013; Uno Lago Bath AAP 2013, Jul. 16, 2013; Mizner Country Club aerial a 2013 AAP, Jul. 16, 2013; Mirabella Clubhouse aerial 2013 AAP, Jul. 30, 2013; Dune Towers pool 1 AAP 2013, Aug. 1, 2013; Dune Towers lobby AAP 2013, Aug. 1, 2013; Old Port Cove a 2013 AAP, Aug. 1, 2013; Old Port Cove pano 2013 AAP, Aug. 1, 2013; Water Glades Singer Is aerial a 2013 AAP, Aug. 1, 2013; Dune Towers beach AAP 2013, Aug. 1, 2013; Pelican Resort Villas Hutchinson aerial 2013 AAP, Aug. 8, 2013; Sanibel Lighthouse sunset a 2013 AAP, Aug. 13, 2013;

Uno Lago Living Room AAP 2013, Aug. 26, 2013; Uno Lago Master Bedroom AAP 2013, Aug, 26; Uno Lago Master Bedroom AAP 2013, Aug, 26, 2013;

Page 1 of 2

Uno Lago Master Bath AAP 2013, Aug, 26, 2013; Uno Lago Juno Aerial AAP 2013, Aug, 26, 2013; Uno Lago Pool 2 AAP 2013, Aug, 26, 2013; Sailfish Point golf d 2013 AAP, Aug, 26, 2013; Lost Tree Clubhouse aerial 2013 AAP, Aug, 28, 2013; 322 Clarke Ave  aerial 2013 AAP, Aug. 29, 2013; Cote de la Mer pool 2013 AAP, Sept. 3, 2013; Cote de la Mer aerial a 2013 AAP, Sept.3, 2013; Delray Beach catamarans 2013 AAP, Sept. 9, 2013; Ft Lauderdale aerial b 2013 AAP, Sept. 10, 2013; Fort Lauderdale aerial a 2013 AAP, Sept. 10, 2013; Breakers West clubhouse aerial a 2013 AAP, Sept. 13, 2013; Glades Towers aerial a 2013 AAP, Sept. 13, 2013; Oceans Edge sitting area 2013 AAP, Oct. 7, 2013; Oceans Edge theater a 2013 AAP, Oct. 7, 2013; Oceans Edge Fitness 2013 AAP, Oct. 7, 2013; Oceans Edge Pool Sunrise 2013 AAP, Oct. 9, 2013; Delray Harbor Club aerial 2013 AAP, Oct. 22, 2013; Loxahatchee Club Jupiter 2013 AAP, Nov, 22, 2013; 3904 Old SE St Lucie Blvd master bath 2013 AAP, Dec. 5, 2013; 2866 Old Cypress night front 2013 AAP, Dec. 6, 2013; 2866 Old Cypress night pool 2013 AAP, Dec. 6, 2013; Singer Island Girl 2013 AAP, Dec. 28, 2013;

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | January 12, 2013 |
| **Nation of 1st Publication:** | United States |

## Author

- **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417

## Certification

**Name:** Robert Stevens
**Date:** July 16, 2015

Exhibit "B"

**201 S Narcissus Avenue 403, West Palm Beach, FL 33401**
MLS#: RX-10784036    Go Active Date: 03/17/2022    St: Active    Type: Condo/Coop

List Price: $3,750,000
Orig LP: $3,400,000
Area: 5420
Range Price:
Geo Area: PB20
List Price/SqFt: 1,249.16
County: Palm Beach

Legal Desc: ESPLANADE GRANDE CONDOMINIUM UNIT 403

| | | |
|---|---|---|
| Subdivision: ESPLANADE GRANDE CONDO | | |
| Development Name: | | |
| Model Name: | Parcel ID: 74434322350044030 | Front Exp: East |
| Waterfront: No | Waterfrontage: | Garage Spaces: 2 |
| | Multiple Ofrs Acptd: | Carport Spaces: |
| Lot SqFt: | Taxes: 30,904.2 | Total Covered |
| HOPA: No Hopa | Tax Year: 2021 | Spaces: 2 |
| Zoning: FWD-5( | Special Assessment: No | Private Pool: No |
| | Dock: | REO: No |
| Gated Community: No | Membership Fee Required: No | Short Sale Addendum: No |
| | | Short Sale: No |
| | | Owner/Agent: No |

**Virtual Tour:** Click to View Virtual Tour

| | | | | | | |
|---|---|---|---|---|---|---|
| Dining Room | 13 X 14 | Family Room | 17 X 12 | Bedroom 2 | 12 X 16 | LivSqFt: 3,002 |
| Kitchen | 12 X 13 | Other Room | 13 X 14 | Bedroom 3 | 17 X 11 | SqFt - Total: 3,600 |
| Living Room | 20 X 17.6 | | | Master Bedroom | 19 X 16 | SqFt Source: Floor Plan |

Yr Built: 2004
Builder Name:
Property Condition: Resale
Pets Allowed: Restricted

Total Bedrooms: 3
Main Level Bedrooms: 3
Baths - Full: 5
Baths - Half: 0
Baths - Total: 5
Main Level Baths: 5

| | | | |
|---|---|---|---|
| HOA/POA/COA (Monthly): 2,116.75 | Bldg #: | Land Lease: | Mobile Home Size: |
| Governing Bodies: HOA | Total Floors/Stories: 16 | Recreation Lease: | Decal #: |
| Homeowners Assoc: Mandatory | Total Units in Bldg: 60 | Min Days to Lease: | Serial #: |
| Lease Times p/Year: | Ttl Units in Complex: | Assoc Contact Phone: | Brand Name: |
| Application Fee: 100 | Unit Floor #: 4 | Assoc Website: | Total Assessed Value: |
| Capital Contribution: | Membership Fee Amount: | Association Deposit: No | |
| Capital Contribution Amount: | | | |

**Auction:** No
**Directions:** Traveling south on Flagler, make a right on Datura and a left on Narcissus. Building is on corner. Valet available
**Showing Instructions:** Appointment Only; Call Listing Agent; LA Must Accompany; Pets on Premises

LO: pb802465    Douglas Elliman (Palm Beach)    561-655-8600
LM: 470501566    Patrick Letourneau    561-568-4688    patrick.letourneau@elliman.com    **LD: 03/11/2022**
Com/BuyerAgt: 3%    Comm/Non-Rep: $100    Trans Brk: 3%    Bonus: No
Var/Dual Rate: No    List Type: Ex Brk    List Off Agency: Transaction Broker    list date
Owner Name: WITHHELD
**Broker Only Remarks:** Please call/text Patrick with questions. Truly unique apartment to experience. Lives like a large home. Private elevator, 3 bedroom, 5 bathroom (his and her primary baths) plus media room. Soaring ceiling heights, multiple entertaining areas. Full service building with new lobby and building exterior paint. This is an amazing boutique building. Perfect for an exceptional art collection/ entertainment
**Any Broker Advertise:** No

| | |
|---|---|
| **Design:** | **View:** City; Garden; Intracoastal |
| **Construction:** Concrete | **Waterfront Details:** Intracoastal |
| **Unit Desc:** | **Cooling:** Central |
| **Flooring:** Marble | **Heating:** Central |
| **Furnished:** Furniture Negotiable | **Security:** Doorman; Gate - Manned; Lobby |
| **Dining Area:** | **Utilities:** Public Sewer; Water Available |
| **Master Bedroom/Bath:** 2 Master Baths | **Special Info:** |
| **Porch/Patio/Balcony:** Balcony | **Terms Considered:** Cash; Conventional |
| **Lot Description:** East of US-1; Corner Lot | **Parking:** 2+ Spaces |
| **Storm Protection:** Impact Glass: Complete | **Taxes:** City/County |
| **Restrict:** Buyer Approval; Interview Required; Lease OK w/Restrict | **Equestrian Features:** |
| **Rooms:** Family; Great; Laundry-Util/Closet; Media; Storage | **Laundry Appliances Included:** Washer and Dryer |
| **Equip/Appl:** Dishwasher; Dryer; Freezer; Range - Electric; Refrigerator; Washer; Washer/Dryer Hookup | |
| **SubdivInfo:** Community Room; Elevator; Fitness Center; Manager on Site; Pool; Spa-Hot Tub; Whirlpool | |

**Interior:** None
**Maintenance Fee Incl:** Common Areas; Insurance-Bldg
**Original List Price:** $3,400,000
**Days On Market:** 84      **Cumulative DOM:** 84

| | | |
|---|---|---|
| **Sold Price:** | **Sold Price Sqft:** | **Under Contract Date:** |
| **Buyer Office:** | **Terms of Sale:** | **Sold Date:** |
| **Buyer Agent:** | | |
| **Co-Buyer Office:** | **Buyer Contributions Amount:** | **Seller Concessions Amount:** |
| **Co-Buyer Agent:** | | |

**Public Remarks:** A rare offering in top level boutique building. 403 is an exceptionally large apartment featuring three bedrooms, five bathrooms, an extended terrace and soaring ceilings heights. This is ideal for an art collector and entertaining. Master suite features corner south east exposure with access to the terrace and two master bathrooms The second guest suite features a west exposure terrace with access to tranquil spa and club level amenities. An amazing layout with dining room and numerous "Feature walls" ready for art and decor. Luxurious flooring, kitchen finishes and light fixtures add to the high ceilings and bright natural light. The Esplanade Grande features only 60 apartments each with private elevator entrances, luxurious rooftop pool and spa. Valet parking & concierge service

Case 9:22-cv-81078-AMC   Document 1   Entered on FL SD Docket 07/24/2022   Page 17 of 31

| + | MLS # | Status | Price | % Change | Date | DOM | CDOM | Address |
|---|-------|--------|-------|----------|------|-----|------|---------|
| - | RX-10784036 | Active | $3,750,000 | 134.4% | 04/01/2022 | 84 | 84 | 201 S Narcissus Avenue 403 |
| | - | Price Change | $3,750,000 | 10.3% | 04/12/2022 | 65 | | |

Change by: Lauren Lerma

Change at 4:18 PM Eastern: changed *List Price*
Old Value: 3400000.00
New Value: 3750000.00

| | - | Status | $3,400,000 | | 04/01/2022 | 76 | | |

Change by: Lauren Lerma

Change at 12:14 PM Eastern: changed *Status*
Old Value: Temp Off Market
New Value: Active

| | - | Photos, etc. | $3,400,000 | | 04/01/2022 | 76 | | |

Change by: Lauren Lerma

Change at 12:14 PM Eastern: Listing put back on market
Change at 12:14 PM Eastern: changed *Fallthrough Date*
Old Value:
New Value: 4/1/2022

Change by: Patrick Letourneau

Change at 12:00 PM Eastern: changed *Public Remarks*
Old Value: coming soon
New Value: A rare offering in top level b
Change at 12:00 PM Eastern: changed *Broker Only Remarks*
Old Value: Photos coming soon. Please call/text Patrick with questions. Truly unique apartment to experience. Lives like a large home. Private elevator, 3 bedroom, 5 bathroom (his and her primary baths) plus media room. Soaring ceiling heights, multiple entertaining areas. Full service building with new lobby and building exterior paint. This is an amazing boutique building. Perfect for an exceptional art collection/ entertainment
New Value: Please call/text Patrick with
Change at 10:49 AM Eastern: Added photo "07_201SNarcissus"
Change at 10:46 AM Eastern: Added photo "10_201SNarcissus"
Change at 10:44 AM Eastern: Added photo "08_201SNarcissus"
Change at 10:42 AM Eastern: Added photo "09_201SNarcissus"
Change at 10:40 AM Eastern: Added photo "05_201SNarcissus"
Change at 10:40 AM Eastern: Added photo "06_201SNarcissus"
Change at 10:39 AM Eastern: Added photo "04_201SNarcissus"
Change at 10:39 AM Eastern: Added photo "23_201SNarcissus"
Change at 10:38 AM Eastern: Added photo "25_201SNarcissus"
Change at 10:37 AM Eastern: Added photo "03_201SNarcissus"
Change at 10:37 AM Eastern: Added photo "24_201SNarcissus"
Change at 10:36 AM Eastern: Added photo "02_201SNarcissus"
Change at 10:35 AM Eastern: Added photo "22_201SNarcissus"
Change at 10:35 AM Eastern: Added photo "21_201SNarcissus"
Change at 10:34 AM Eastern: Added photo "01_201SNarcissus"
Change at 10:33 AM Eastern: Added photo "20_201SNarcissus"
Change at 10:32 AM Eastern: Added photo "19_201SNarcissus"
Change at 10:32 AM Eastern: Added photo "15_201SNarcissus"
Change at 10:31 AM Eastern: Added photo "16_201SNarcissus"
Change at 10:30 AM Eastern: Added photo "11_201SNarcissus"

Change at 10:30 AM Eastern: Added photo "14_201SNarcissus"
Change at 10:29 AM Eastern: Added photo "18_201SNarcissus"
Change at 10:28 AM Eastern: Added photo "12_201SNarcissus"
Change at 10:28 AM Eastern: Added photo "13_201SNarcissus"
Change at 10:28 AM Eastern: Added photo "17_201SNarcissus"

| | | | | |
|---|---|---|---|---|
| - | Status | $3,400,000 | 03/24/2022 | 84 |

Change by: Lauren Lerma

Change at 3:49 PM Eastern: changed *Status*
Old Value: Active
New Value: Temp Off Market

| | | | | |
|---|---|---|---|---|
| - | Temp Off Market Date | $3,400,000 | 03/24/2022 | 84 |

Change by: Lauren Lerma

Change at 3:49 PM Eastern: changed *Temp Off Market Date*
Old Value:
New Value: 3/24/2022

| | | | | |
|---|---|---|---|---|
| - | New | $3,400,000 | 03/17/2022 | 91 |

Change by: Property Panorama

Change at 6:21 AM Eastern: changed *Unbranded Tour*
Old Value:
New Value: Add

Change by: BeachesMLS, Inc.

Change at 3:15 AM Eastern: Added new listing

| | | | | |
|---|---|---|---|---|
| - | Status | $3,400,000 | 03/17/2022 | 91 |

Change by: BeachesMLS, Inc.

Change at 3:15 AM Eastern: changed *Status*
Old Value: Coming Soon
New Value: Active

| | | | | |
|---|---|---|---|---|
| - | Coming Soon | $3,400,000 | 03/15/2022 | 93 |

Change by: Patrick Letourneau

Change at 3:38 PM Eastern: changed *photographer*
Old Value:
New Value: Removed
Change at 3:38 PM Eastern: changed *Coming Soon*
Old Value: New Coming Soon Listing
New Value: New Coming Soon Listing

| | | | | |
|---|---|---|---|---|
| - | Primary_picture | $3,400,000 | 03/13/2022 | 94 |

Change by: Patrick Letourneau

Change at 8:05 PM Eastern: Changed primary photo

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| - | RX-10389181 | Closed | $1,600,000 | -1.5% | 10/12/2018 | 252 | 252 | 201 S Narcissus Avenue 403 |

| | | | |
|---|---|---|---|
| - | Status | $1,750,000 | 10/12/2018 |

Change by: Julie DeCoste

Change at 4:10 PM Eastern: changed *Status*

Old Value: Pending
New Value: Closed

-      Terms of Sale                    $1,750,000              10/12/2018
       Change by: Julie DeCoste

               Change at 4:10 PM Eastern: changed *Buyer Agent*
               Old Value:
               New Value: Christine Erika Dekant
               Change at 4:10 PM Eastern: changed *Sold Date*
               Old Value:
               New Value: 10/11/2018
               Change at 4:10 PM Eastern: changed *Sold Price*
               Old Value:
               New Value: 1600000.00
               Change at 4:10 PM Eastern: changed *Terms of Sale*
               Old Value:
               New Value: Cash

-      Status                           $1,750,000              08/27/2018
       Change by: Julie DeCoste

               Change at 10:04 AM Eastern: changed *Status*
               Old Value: Active
               New Value: Pending

-      Under Contract Date              $1,750,000              08/27/2018
       Change by: Julie DeCoste

               Change at 10:04 AM Eastern: changed *Contingency*
               Old Value:
               New Value: B
               Change at 10:04 AM Eastern: changed *Under Contract Date*
               Old Value:
               New Value: 8/24/2018

-      Virtual Tour, etc.               $1,750,000              07/30/2018       25
       Change by: Lisa A McKeon

               Change at 10:22 AM Eastern: Changed Virtual Tour
               Change at 10:22 AM Eastern: Changed Virtual Tour Unbranded
               Change at 10:22 AM Eastern: Added Virtual Tour
               Change at 10:22 AM Eastern: Added Virtual Tour Unbranded
               Change at 10:21 AM Eastern: changed *video_unbranded*
               Old Value: list_media
               New Value: add
               Change at 10:17 AM Eastern: Removed Virtual Tour
               Change at 10:17 AM Eastern: Removed Virtual Tour Unbranded
               Change at 10:16 AM Eastern: changed *video*
               Old Value: list_media
               New Value: remove
               Change at 10:16 AM Eastern: Changed Virtual Tour
               Change at 10:16 AM Eastern: Changed Virtual Tour Unbranded
               Change at 10:16 AM Eastern: Changed Virtual Tour
               Change at 10:16 AM Eastern: Changed Virtual Tour Unbranded
               Change at 10:15 AM Eastern: Changed Virtual Tour
               Change at 10:15 AM Eastern: Changed Virtual Tour Unbranded
               Change at 10:15 AM Eastern: changed *video_unbranded*
               Old Value: list_media
               New Value: add
               Change at 10:13 AM Eastern: changed *video*
               Old Value: list_media
               New Value: remove

Change at 10:12 AM Eastern: Added Virtual Tour
Change at 10:12 AM Eastern: Added Virtual Tour Unbranded
Change at 10:04 AM Eastern: changed *video_unbranded*
    Old Value: list_media
    New Value: add

| - | Photos | $1,750,000 | | 07/23/2018 | 32 |
|---|--------|-----------|---|-----------|-----|

Change by: Lisa A McKeon

    Change at 10:30 AM Eastern: Added photo "LMT06"
    Change at 10:29 AM Eastern: Added photo "LMT05"
    Change at 10:29 AM Eastern: Added photo "LMT04"
    Change at 10:29 AM Eastern: Added photo "LMT03"
    Change at 10:29 AM Eastern: Added photo "LMT02"
    Change at 10:29 AM Eastern: Added photo "LMT01"

| - | Extension | $1,750,000 | | 06/13/2018 | 72 |
|---|-----------|-----------|---|-----------|-----|

Change by: Julie DeCoste

    Change at 3:24 PM Eastern: Extended listing

| - | Expiration Date | $1,750,000 | | 06/13/2018 | 72 |
|---|-----------------|-----------|---|-----------|-----|

Change by: Julie DeCoste

    Change at 3:24 PM Eastern: changed *Expiration Date*

| - | Open House | $1,750,000 | | 06/02/2018 | 83 |
|---|-----------|-----------|---|-----------|-----|

Change by: Lisa A McKeon

    Change at 12:28 PM Eastern on 06/02/2018: This Open House was Added.

| - | Price Change | $1,750,000 | -6.7% | 05/01/2018 | 115 |
|---|-------------|-----------|-------|-----------|-----|

Change by: Julie DeCoste

    Change at 10:05 AM Eastern: changed *List Price*
    Old Value: 1875000.00
    New Value: 1750000.00

| - | Text, etc. | $1,875,000 | | 03/10/2018 | 167 |
|---|-----------|-----------|---|-----------|-----|

Change by: Lisa A McKeon

    Change at 10:59 AM Eastern: changed *Public Remarks*
    Old Value: One of a kind 3 bedroom 5 bath. Private elevator opens into your private foyer where you are met with architectural details that follow you thru out this one of a kind residence. The foyer features a Lumicast mural featuring a Japanese Seagrass which begins your journey thru zen and a tranquil environment. As you open the double door entry you are introduced to the soaring 14 foot ceilings which are only featured on this floor. There are many ceiling details and niches that allow you to showcase your art collection. The light fixture in the residence dining area was specially commissioned by a New York artist CeC LePage. lepagny.com. The home is complimented by spectacular views of the Intracoastal, Palm Beach and the Ocean. Oh and did I mention the walkability to all of Downtown
    New Value: One of a kind 3 bedroom 5 bath

| - | Price Change | $1,875,000 | -3.8% | 02/13/2018 | 192 |
|---|-------------|-----------|-------|-----------|-----|

Change by: Julie DeCoste

    Change at 11:47 AM Eastern: changed *List Price*
    Old Value: 1950000.00
    New Value: 1875000.00

Change by: Julie DeCoste

Change at 10:43 AM Eastern on 01/31/2018: This Tour was Added.

| - | Text, etc. | $1,950,000 | 12/19/2017 | 248 |

Change by: Lisa A McKeon

Change at 9:15 AM Eastern: changed *Public Remarks*
Old Value: One of a kind 3 bedroom 5 bath. Private elevator opens into your private foyer where you are met with architectural details that follows you thru out this one of a kind residence. The foyer features a Lumicast mural featuring a Japanese Seagrass which begins your journey thru zen and a tranquil environment. As you open the double door entry you are introduced to the soaring 14 foot ceilings which are only featured on this floor. There are many ceiling details and niches that allow you to showcase your art collection. The light fixture in the residence dining area was specially commissioned by a New York artist CeC LePage. lepagny.com. The home is compliments by spectacular views of the Intracoastal, Palm Beach and the Ocean. Oh and did I mention the walkability to all of Downtown
New Value: One of a kind 3 bedroom 5 bath

| - | Approved By MLS | $1,950,000 | 12/15/2017 | 252 |

Change by: Julie DeCoste

Change at 12:32 PM Eastern: Removed photo
Change at 12:32 PM Eastern: Listing approved by the MLS
Change at 12:32 PM Eastern: Listing approved

| - | Photos | $1,950,000 | 12/14/2017 | 253 |

Change by: Raushan J Hasan

Change at 11:49 AM Eastern: Added photo "21_201SNarcissus"
Change at 11:49 AM Eastern: Added photo "20_201SNarcissus"
Change at 11:49 AM Eastern: Added photo "19_201SNarcissus"
Change at 11:49 AM Eastern: Added photo "18_201SNarcissus"
Change at 11:49 AM Eastern: Added photo "17_201SNarcissus"
Change at 11:49 AM Eastern: Added photo "16_201SNarcissus"
Change at 11:49 AM Eastern: Added photo "15_201SNarcissus"
Change at 11:49 AM Eastern: Added photo "14_201SNarcissus"
Change at 11:48 AM Eastern: Added photo "13_201SNarcissus"
Change at 11:48 AM Eastern: Added photo "12_201SNarcissus"
Change at 11:48 AM Eastern: Added photo "11_201SNarcissus"
Change at 11:48 AM Eastern: Added photo "10_201SNarcissus"
Change at 11:48 AM Eastern: Added photo "09_201SNarcissus"
Change at 11:48 AM Eastern: Added photo "08_201SNarcissus"
Change at 11:48 AM Eastern: Added photo "07_201SNarcissus"
Change at 11:48 AM Eastern: Added photo "06_201SNarcissus"
Change at 11:48 AM Eastern: Added photo "05_201SNarcissus"
Change at 11:48 AM Eastern: Added photo "04_201SNarcissus"
Change at 11:48 AM Eastern: Added photo "03_201SNarcissus"
Change at 11:48 AM Eastern: Added photo "02_201SNarcissus"
Change at 11:48 AM Eastern: Added photo "01_201SNarcissus"

| - | New | $1,950,000 | 12/13/2017 | 254 |

Change by: Julie DeCoste

Change at 11:09 AM Eastern: Added new listing

| - | RX-3129334 | Expired | $1,625,000 | 10.2% | 08/02/2011 | 364 | 364 | 201 S Narcissus Avenue 403 |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Expired

| - | Status | $1,625,000 | | 08/01/2011 | 0 | | |

Change by: Tim K Harris

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Expired

| - | Status | $1,625,000 | | 06/21/2011 | 41 | | |

Change by: Tim K Harris

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Withdrawn

| - | New | $1,625,000 | | 08/02/2010 | 364 | | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: Added new listing

| - | RX-3083659 | Cancelled | $1,475,000 | -20.3% | 04/02/2010 | 61 | 61 | 201 S Narcissus Avenue 403 |

| - | Status | $1,475,000 | | 04/02/2010 | 0 | | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Cancelled

| - | Price Change | $1,475,000 | -14.5% | 02/19/2010 | 42 | | |

Change by: Tim K Harris

Change at 1:24 PM Eastern: changed *List Price*
Old Value:
New Value: 1475000

| - | New | $1,725,000 | | 01/31/2010 | 61 | | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: Added new listing

| - | RX-3000420 | Expired | $1,850,000 | | 08/20/2009 | 175 | 175 | 201 S Narcissus 403 |

| - | Status | $180,000 | | 08/20/2009 | | | |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Expired

| - | Status | $180,000 | | 08/19/2009 | 0 | | |

Change by: Tim K Harris

Change at 1:00 AM Eastern: changed *Status*
Old Value:
New Value: Expired

| - | Price Change | $180,000 | -90.3% | 05/22/2009 | 89 |

Change by: Tim K Harris

Change at 1:28 PM Eastern: changed *List Price*
Old Value:
New Value: 180000

| - | Price Change | $1,850,000 | -5.1% | 05/22/2009 | 89 |

Change by: Tim K Harris

Change at 1:28 PM Eastern: changed *List Price*
Old Value:
New Value: 1850000

| - | Price Change | $1,950,000 | 5.4% | 05/22/2009 | 89 |

Change by: Tim K Harris

Change at 1:28 PM Eastern: changed *List Price*
Old Value:
New Value: 1950000

| - | Price Change | $1,850,000 | -5.1% | 05/22/2009 | 89 |

Change by: Tim K Harris

Change at 1:28 PM Eastern: changed *List Price*
Old Value:
New Value: 1850000

| - | New | $1,950,000 | | 02/25/2009 | 175 |

Change by: BeachesMLS, Inc.

Change at 1:00 AM Eastern: Added new listing

Case 9:22-cv-81078-AMC    Document 1    Entered on FLSD Docket 07/24/2022    Page 24 of 31

**Esplande Grande Exterior**



**Entry way**



**Private elevator entry**



**Double door foyer**



**Entry Way**



**Wall Feature**



Case 9:22-cv-81078-AMC   Document 1   Entered on FLSD Docket 07/24/2022   Page 25 of 31

**Den**



**Den/ family room**



**Dining room**



**Expansive kitchen**



**Kitchen**



**Kitchen with Dining area**



Case 9:22-cv-81078-AMC    Document 1   Entered on FLSD Docket 07/24/2022    Page 26 of 31

**Kitchen into Den**



**Open Airy Layout**




**Dining area**



**Living Room**



**Living Room with Terrace**



**Living Room opens to extended Terrace**



**Master Suite**



**Exceptional Master**



**Office/Bedroom**



**Office Bedroom with Terrace access**



**Guest Bedroom**



**Guest Bedroom with Terrace**



**Extended Terrace**



**Large extended terrace**



**Direct east**



**Pool Overlooking PBI**



**403 Floorplan**



copyright management information removed

Presented by: **Patrick Letourneau**
Brokered by: **Douglas Elliman - Palm Beach**

For Sale

# $3,750,000

Est. $22,849/mo

**3** bed **5** bath **3,002** sqft

201 S Narcissus Ave Apt 403, West Palm Beach, FL 33401

**Condo**
Property Type

**70 Days**
Time on realtor.com

**$2160/mo**
HOA Fees

**$1249**
Price per sqft

**2004**
Year Built

Commute Time: Add a commute

Ask a question | Share this home

## More about this property

Full Name
Email
Phone
I am interested in 201 S Narcissus Ave Apt 403.

- [ ] I have served in the U.S. Military.
- [ ] Get pre-approved by a lender.

Email Agent

By proceeding, you consent to receive calls and texts at the number you provided, including marketing by autodialer and prerecorded and artificial voice, and email, from realtor.com and others about your inquiry and other home-related matters, but not as a condition of any purchase; this applies regardless of whether you check, or leave un-checked, any box above. More...

## Open Houses

## Property Details

## Property History

## Monthly Payment

## Neighborhood

## Environmental Risk
Flood, Wildfire

## Schools

## Home Value

## Nearby Home Values

## Veterans & Military Benefits



## Learn more about 201 S Narcissus Ave Apt 403

### Ask a question

Full Name

Email

Phone

I am interested in 201 S Narcissus Ave Apt 403.

☐ I have served in the U.S. Military.

☐ Get pre-approved by a lender.

**Email Agent**

By proceeding, you consent to receive calls and texts at the number you provided, including marketing by autodialer and prerecorded and artificial voice and email, from realtor.com and others about your inquiry and other home-related matters, but not as a condition of any purchase; this applies regardless of whether you check, or leave un-checked, any box above. More...



Presented by:
Patrick Letourneau
#SL3478161

Brokered by:
Douglas Elliman - Palm Beach
(561) 655-8600

| | |
|---|---|
| Broker Location: | Palm Beach, FL |
| Data Source: | PalmBeachFL |
| Source's Property ID: | 22-608 |
| Data Source Copyright: | ©2022 Palm Beach Board of REALTORS®. All rights reserved. |

🏠 Nearby rentals

   

| ● For Rent - Single family | ● For Rent - Single family | ● For Rent - Condos | ● For Rent - Condos | ● For R |
|---|---|---|---|---|
| $3,250,000 | $3,800,000 | $3,750,000 | $3,750,000 | $3,7 |
| 5 bed  4.5 bath  2,784 sqft | 5 bed  5.5 bath  4,257 sqft | Studio  3 bath  3,974 sqft | 3 bed  4.5 bath  3,977 sqft | 2 bed |
| 251 8th St | 229 10th St | 234 10th St | 529 S Flagler Dr Ph 2H | 529 S |

🏠 Nearby rentals

    

| ● For Rent - Single family | ● For Rent - Single family | ● For Rent - Condos | ● For Rent - Condos | ● For R |
|---|---|---|---|---|
| $14,899 | $15,000 | $28,000 | $15,000 | $40,0 |
| 4 bed  4.5 bath  4,111 sqft | 3 bed  3 bath  1,784 sqft | 2 bed  2.5 bath  2,168 sqft | 2 bed  2 bath  1,797 sqft | 4 bed |
| 4 Interlachen Cir | 736 Claremore Dr | 701 S Olive Ave Apt 1811 | 400 N Flagler Dr Apt 2004 | 525 S F |
| West Palm Beach, FL 33401 | West Palm Beach, FL 33401 | West Palm Beach, FL 33401 | West Palm Beach, FL 33401 | West Pa |

**201 S Narcissus Ave Apt 403, West Palm Beach, FL 33401 | realtor.com®**
https://www.realtor.com/realestateandhomes-detail/M6386366040

Additional Information About 201 S Narcissus Ave Apt 403, West Palm Beach, FL 33401

201 S Narcissus Ave Apt 403, West Palm Beach, FL 33401 is a condo for sale listed on the market for 71 days. 201 S Narcissus Ave Apt 403, West Palm Beach, FL 33401 is in the Southend neighborhood, which has a median listing home price of $899500. The schools near 201 S Narcissus Ave Apt 403, include U. B. Kinsey/Palmview Elementary School, Conniston Middle School and Forest Hill Community High School.

Nearby Cities

Lake Worth Homes for Sale
Boca Raton Homes for Sale
Boynton Beach Homes for Sale

SEE MORE ▾

Nearby ZIPs

33411 Homes for Sale
33404 Homes for Sale
33401 Homes for Sale

SEE MORE ▾

Nearby Neighborhoods

Downtown West Palm Beach Homes for Sale
The Villages of Palm Beach Lakes Homes for Sale
Ibis Golf and Country Club Homes for Sale

SEE MORE ▾

    

 

About us   Careers   Accessibility   Feedback   Media room   Ad Choices   Advertise with us   Agent support   Privacy   Terms   Home Made   Tech Blog   Sitemap

**Do Not Sell My Personal Information**

**GET THE APP**

 

© 1995-2022 National Association of REALTORS® and Move, Inc. All rights reserved.